AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Joseph A. Padilla | ) Case No. |
|  | ) 22-6269 |
|  | ) |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February through April 2021** in the county of **Norfolk** in the District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 15 U.S.C. §§ 78j(b) and 78ff, 17 C.F.R. § 240.10b-5, and 18 U.S.C. § 2 | Securities Fraud |

This criminal complaint is based on these facts:

See attached affidavit by FBI Special Agent Keith Brown.

☑ Continued on the attached sheet.

/s/ Keith Brown

*Complainant's signature*

Keith Brown, FBI, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 25, 2022

*Judge's signature*

City and state: Boston, MA

Hon. M. Page Kelley, U.S. Chief Magistrate Judge

*Printed name and title*