**Criminal Case Cover Sheet**             **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** I     **Investigating Agency** FBI

**City** Norfolk     **Related Case Information:**

**County** Norfolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Joseph A. Padilla     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Carlsbad, CA; Cabo San Lucas, Mexico

Birth date (Yr only): 1969   SSN (last4#): _____   Sex: M   Race: Caucasion   Nationality: _____

**Defense Counsel if known:** _____     Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: James R. (JR) Drabick     Bar Number if applicable: 667460

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint     ☐ Information     ☐ Indictment

**Total # of Counts:** ☐ Petty     ☐ Misdemeanor     ☐ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 08/24/2022     Signature of AUSA: _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Joseph A. Padilla

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 15 U.S.C. §§ 78j(b) and 78ff | Securities Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____