**Criminal Case Cover Sheet**          U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** I    **Investigating Agency** FBI

**City** Norfolk    **Related Case Information:**

**County** Norfolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant X    New Defendant _____
Magistrate Judge Case Number 22mj6269-MPK
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Joseph A. Padilla    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Carlsbad, CA

**Birth date (Yr only):** 1969    **SSN (last4#):** _____    **Sex** M    **Race:** Caucasion    **Nationality:** _____

**Defense Counsel if known:** Robert Goldstein    **Address** 20 Park Plaza, #1000

**Bar Number** _____        Boston, MA 02116

**U.S. Attorney Information:**

**AUSA** James R. (JR) Drabick    **Bar Number if applicable** 667460

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** 01/20/2023

☑ Already in Federal Custody as of 01/20/2023 in Wyatt Detention Facility.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☐ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 03/21/2023    **Signature of AUSA:** _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Joseph A. Padilla

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC § 371 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 15 U.S.C. §§ 78j(b) and 78ff | Securities Fraud | 2-3 |
| Set 3 | 18 U.S.C. § 1028(a)(1), et al. | Attempt to Cause the Production of an Identification Document Without Lawful Authority | 4 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____