**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** I    **Investigating Agency** FBI

**City** Norfolk    **Related Case Information:**

**County** Norfolk

Superseding Ind./ Inf.    Case No.
Same Defendant    New Defendant X
Magistrate Judge Case Number 22mj6269-MPK
Search Warrant Case Number See "additional info" section
R 20/R 40 from District of

**Defendant Information:**

| | | |
|---|---|---|
| Defendant Name | Kevin C. Dills | Juvenile: ☐ Yes ☑ No |
| | Is this person an attorney and/or a member of any state/federal bar: | ☐ Yes ☑ No |
| Alias Name | | |
| Address | (City & State) Carlsbad, CA | |
| Birth date (Yr only): 1956 | SSN (last4#):    Sex M    Race: Caucasion | Nationality: |
| **Defense Counsel if known:** | William Connolly | Address 20 Park Plaza, #1000 |
| **Bar Number** | | Boston, MA 02116 |

**U.S. Attorney Information:**

**AUSA** James R. (JR) Drabick    **Bar Number if applicable** 667460

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect:

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☐ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 03/21/2023    Signature of AUSA:

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Kevin C. Dills

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC § 371 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 15 U.S.C. §§ 78j(b) and 78ff | Securities Fraud | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   22mj6329-MPK; 22mj6336-MPK