

GOVERNMENT EXHIBIT

1.A

23-cr-10075-RGS





GOVERNMENT EXHIBIT

1.C

23-cr-10075-RGS



the size of the
photo for the
passport of Ukraine
is 4cm x 6 cm (in
the final version,
after centering and
trimming by the
passport office
staff, the photo
turns out to be 3.5 x
4.5 cm); – glossy
paper is used for
printing; - the
lighting is uniform; -
the length of the
head (from the chin
to the crown) – 3 –
3.6 cm; - from the
crown to the top
line of the photo –.

35s

the photo for the
passport of Ukraine

GOVERNMENT EXHIBIT

1.D

23-cr-10075-RGS



passport of Ukraine must be in color; - the size of the photo for the passport of Ukraine is 4cm x 6 cm (in the final version, after centering and trimming by the passport office staff, the photo turns out to be 3.5 x 4.5 cm); – glossy paper is used for printing; - the lighting is uniform; - the length of the head (from the chin to the crown) – 3 – 3.6 cm; - from the crown to the top line of the photo –.

9:00 AM

🔥 4m 26s

⊕ Say something …

**GOVERNMENT EXHIBIT**

**1.E**

**23-cr-10075-RGS**



GOVERNMENT EXHIBIT

1.F

23-cr-10075-RGS









GOVERNMENT EXHIBIT

1.G

23-cr-10075-RGS









GOVERNMENT EXHIBIT

1.H

23-cr-10075-RGS









GOVERNMENT EXHIBIT

1.I

23-cr-10075-RGS







GOVERNMENT EXHIBIT

1.J

23-cr-10075-RGS




GOVERNMENT EXHIBIT

1.K

23-cr-10075-RGS



GOVERNMENT EXHIBIT

1.L

23-cr-10075-RGS



GOVERNMENT EXHIBIT

**1.M**

23-cr-10075-RGS



GOVERNMENT EXHIBIT

**1.N**

23-cr-10075-RGS



В55 x Ш40 мм



В55 x Ш40 мм



В55 x Ш40 мм



В55 x Ш40 мм

GOVERNMENT EXHIBIT

1.O

23-cr-10075-RGS

10x15см 102 x 152мм







GOVERNMENT EXHIBIT

1.R

23-cr-10073-RGS



GOVERNMENT EXHIBIT

1.S

23-cr-10075-RGS





GOVERNMENT EXHIBIT

1.U

23-cr-10075-RGS



GOVERNMENT EXHIBIT

1.V

23-cr-10075-RGS



GOVERNMENT EXHIBIT

1.W

23-cr-10074-RGS







GOVERNMENT EXHIBIT

1.ZZ

23-cr-10075-RGS



GOVERNMENT EXHIBIT

1.Z

23-cr-10075-RGS

