The Honorable Judge Stearns
United States District Court Judge
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, M.A. 02210

Dear Judge Stearns,

 My name is Ashley Robinson: I am writing you to express my support as a reference for defendant, Mr. Joseph Padilla. I have been blessed to call him my significant other for almost sixteen years. When I met Joe in my early twenties, I still was learning how to find my way as a young adult in the world. He taught me an abundance of life skills, and always encouraged me to be the best version of myself. His infectious energy and unconditional love has molded me into the adult I am today. I am both proud and grateful to have him in my life.

 Joe is the rock and leader of our family; he has always been a stellar father, brother, child and friend to so many. His current absence has casted a cloud of emptiness on our home. Not a day goes by that I don't get a phone call or text from a loved one asking about him, his well-being, and how much his presence is deeply missed.

 Although his childhood years were very turbulent, he did not allow his traumas and experiences to define his future. Joe rose above them by graduating from college and becoming a hard working successful man and father. I know, without question, he would walk to the end of the earth for myself and his children. He has molded them into kind, compassionate, and educated young adults.

    When Joe's mother was alive, he supported her by providing a safe and comfortable home for her to live in. He was very active in making sure she wanted for nothing. Joe was hands on during her last days by becoming a caregiver for her, as well as, organizing a way to have the whole family by her side in her final hours. He has continued to perform selfless acts to not only his family, but also friends and acquaintances. When a friend of ours' young son was born without the ability to hear, Joe contributed by donating money to the family so they would be able to afford the surgery needed to give their son the gift of hearing.

    I hope some of these examples are helpful in painting a picture of Joe's genuine character. He is the primary individual in my life that I know I can always count on. I ask that you please consider a compassionate sentence on his behalf. Thank you for your time.

Regards,

Ashley Robinson