UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 23-10075-RGS

UNITED STATES OF AMERICA

v.

JOSEPH A. PADILLA

ORDER ON GOVERNMENT'S MOTION
FOR A PRELIMINARY ORDER OF FORFEITURE OF SUBSTITUTE
ASSETS AND ENTRY OF AN ORDER OF RESTITUTION

November 19, 2024

STEARNS, D.J.

The government's motion is <u>ALLOWED</u> on its representation that it will not seek forfeiture of any amount of proceeds from the sale of the Carlsbad property in excess of the $3 million stipulated in defendant's plea agreement, and that surplus funds, if any, will be held in escrow by the government pending the entry of a final order of forfeiture.  *See* Dkt. # 236. The court will reserve judgment on the entry of an order of restitution (which may include the surplus funds, if any, generated by the sale of the property) pending the government's decision on the disposition of the forfeited funds and an opportunity for all parties to evaluate the claims, if any, of persons who allege to have been injured by defendant's conduct.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE