# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | No. 1:22-MJ-6269 <br> No. 1:23-CR-10075 |
| PADILLA et al | ) ) ) | |
| Defendant. | ) ) | |

## WITHDRAWAL OF APPEARANCE

The undersigned Assistant U.S. Attorney will no longer be appearing in this case for the government.

Respectfully submitted,

LEAH B. FOLEY
UNITED STATES ATTORNEY

Dated: February 3, 2025   By:   */s/ James R. Drabick*
JAMES R. DRABICK
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 3, 2025   By:   */s/ James R. Drabick*
JAMES R. DRABICK
Assistant United States Attorney